United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIG INSURANCE COMPANY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-2815 |
| § | |
| GRAY CONSTRUCTION, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff has filed Notices of Dismissal without prejudice for each Defendant in this case. (Document Nos. 12, 13). Therefor the Court hereby

ORDERS that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

SIGNED at Houston, Texas, this 16th day of December, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE